AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Tipsy Nail Club LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-8662 |
| ClassPass Inc., Fritz Lanman, and Payal Kadakia ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tipsy Nail Club LLC                                                                                         .

Date:    10/22/2021                                    /s/ Raphael Janove
                                                        *Attorney's signature*

                                                       Raphael Janove, 5302443
                                                       *Printed name and bar number*
                                                       Pollock Cohen LLP
                                                       60 Broad St., 24th Fl.
                                                       New York, NY 10004

                                                       *Address*

                                                       rafi@pollockcohen.com
                                                       *E-mail address*

                                                       (212) 337-5361
                                                       *Telephone number*

                                                       (347) 696-1227
                                                       *FAX number*