UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIPSY NAIL CLUB LLC, SALON PHOENIX COSMETOLOGY, LLC, RAPHA MASSAGE, LLC, ENLIGHTEN MASSAGE THERAPY LLC, THE FACIAL BAR, LLC, SALON GOLDYN, INC, and SALON HAIRROIN, INC., on behalf of itself and all others similarly situated,

Plaintiff,

-against-

CLASSPASS INC., CLASSPASS, LLC, FRITZ LANMAN, and PAYAL KADAKIA,

Defendants.

21 Civ. 8662 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed protective order. ECF No. 54. Paragraph 28 states that the Court shall "retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof." *Id.* ¶ 28. The Court shall not retain jurisdiction over the enforcement of the protective order following the conclusion of this litigation. Accordingly, by **March 14, 2022**, the parties shall file a revised proposed protective order.

SO ORDERED.

Dated: March 10, 2022
New York, New York

ANALISA TORRES
United States District Judge