Dale M. Cendali
Luke Budiardjo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
luke.budiardjo@kirkland.com

Robyn E. Bladow (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TIPSY NAIL CLUB LLC, SALON PHOENIX COSMETOLOGY, LLC, RAPHA MASSAGE, LLC, ENLIGHTEN MASSAGE THERAPY LLC, THE FACIAL BAR, LLC, SALON GOLDYN, INC., and SALON HAIRROIN, INC., <br><br> Plaintiffs, <br><br> - v. - <br><br> CLASSPASS, INC., CLASSPASS, LLC, FRITZ LANMAN, and PAYAL KADAKIA, <br><br> Defendants. | Case No. 1:21-cv-8662 (AT) (SN) <br><br> ECF Case |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

i

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law in support of this motion, Defendants ClassPass Inc., ClassPass, LLC, Fritz Lanman, and Payal Kadakia will move this Court, before the Honorable Analisa Torres, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), and for lack of Article III standing and subject matter jurisdiction under Rule 12(b)(1), dismissing Plaintiffs Tipsy Nail Club LLC, Salon Phoenix Cosmetology, LLC, Rapha Massage, LLC, Enlighten Massage Therapy LLC, The Facial Bar, LLC, Salon Goldyn, Inc., and Salon Hairroin, Inc.'s Complaint with prejudice.

Dated: April 11, 2022

/s/ Dale M. Cendali
Dale M. Cendali
Luke Budiardjo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Fax: (212) 446-6460
dale.cendali@kirkland.com
luke.budiardjo@kirkland.com

Robyn Bladow (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Fax: (213) 680-8500
robyn.bladow@kirkland.com

*Attorneys for Defendants ClassPass Inc., ClassPass, LLC, Fritz Lanman & Payal Kadakia*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022 the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all the attorneys of record.

                                                 */s/ Dale M. Cendali*
                                                 Dale M. Cendali