# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

555 South Flower Street
Los Angeles, CA 90071
United States

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

April 27, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
Room 1960
New York, NY 10007

Re:  *Tipsy Nail Club LLC, et al. v. ClassPass Inc. et al.*,
Case No. 21-cv-08662 (AT) (SN)

Dear Judge Torres:

We represent Defendants in the above-referenced action and write to inform the Court of the parties' upcoming mediation and to request a brief extension to the case deadlines to allow the parties to focus on and prepare for a successful mediation and avoid spending time and resources on voluminous document productions and review, and related discovery matters (including potential discovery disputes). The mediation is scheduled for June 3, 2022, before Judge Suzanne Segal (Ret.). Accordingly, Defendants submit this <u>unopposed</u> request for a 45-day extension of all relevant case deadlines, which are reflected below, along with the proposed extensions (adjusted to account for any weekends or holidays).

|  | **Original Deadline** | **45-Day Extension** |
|---|---|---|
| **Requests to Admit** | June 15, 2022 | August 1, 2022 |
| **Substantial Completion of Document Discovery** | July 11, 2022 | August 25, 2022 |
| **Fact Discovery** | August 29, 2022 | October 13, 2022 |
| **Completion of Depositions** | August 29, 2022 | October 13, 2022 |

## KIRKLAND & ELLIS LLP

Hon. Analisa Torres
April 27, 2022
Page 2

| **Expert Discovery** | October 24, 2022 | December 8, 2022 |
|---|---|---|

This is the parties' first requested extension to these case deadlines.

Respectfully submitted,

*/s/ Robyn E. Bladow*

Robyn E. Bladow

cc:   All Counsel of Record via ECF