**KIRKLAND & ELLIS LLP**

AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/17/2022__

555 South Flower Street
Los Angeles, CA 90071
United States

Robyn E. Bladow
To Call Writer Directly:
+1 213 680 8634
robyn.bladow@kirkland.com

+1 213 680 8400

www.kirkland.com

Facsimile:
+1 213 680 8500

November 16, 2022

**VIA CM/ECF**

The Honorable Analisa Torres
United States District Judge
United States District Court for
  the Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Joint Request to Extend Deadline to File Motion for Preliminary Approval,
> *Tipsy Nail Club LLC, et al. v. ClassPass Inc. et al.*, No. 21 Civ. 8662 (AT)

Dear Judge Torres:

All plaintiffs and all defendants in the above- referenced action (collectively, the "Parties") write to update Your Honor on the status of this matter and respectfully request a brief, three-week extension to and until December 9, 2022, for Plaintiffs to file their Motion for Preliminary Approval and accompanying papers.

The Court previously set a deadline for Plaintiffs to file their motion for preliminary approval on or before October 21, 2022 (ECF No. 81) and on October 19, 2022 granted the Parties' request for an extension to file on or before November 18, 2022. The Parties have made substantial progress on the draft settlement agreement and have agreed upon a settlement administrator but require two additional weeks to complete the necessary notice documents and briefing in support of preliminary approval. The parties do not anticipate requesting any additional extensions.

For the foregoing reasons, the Parties respectfully request that the Court reset the deadlines for Plaintiffs to file their Motion for Preliminary Approval to on or before December 9, 2022.

GRANTED.

SO ORDERED.

Dated: November 17, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge