UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIPSY NAIL CLUB LLC, et al., <br><br>                            Plaintiffs, <br><br> -v.- <br><br> CLASSPASS INC,. et al., <br><br>                            Defendants. | 21 Civ. 08662 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

       The Fairness Hearing scheduled for October 3, 2023 is hereby adjourned to **October 18, 2023 at 11:30 a.m.** The hearing will proceed by telephone.

       At the time of the hearing, counsel should dial 646-453-4442 and enter access code 243 601 751 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

       At least forty-eight hours before the hearing, counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the proceeding.

       SO ORDERED.

Dated: September 22, 2023
            New York, New York

                                                               JENNIFER H. REARDEN
                                                               United States District Judge