UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIPSY NAIL CLUB LLC, SALON PHOENIX COSMETOLOGY, LLC, RAPHA MASSAGE, LLC, ENLIGHTEN MASSAGE THERAPY LLC, THE FACIAL BAR, LLC, SALON GOLDYN, INC, and SALON HAIRROIN, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLASSPASS INC., CLASSPASS, LLC, FRITZ LANMAN, and PAYAL KADAKIA,<br><br>Defendants. | No. 21 Civ. 8662 (JHR)<br><br>**PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL** |

**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361

**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200

*Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class*

**PLEASE TAKE NOTICE** that, pursuant to the Court's June 29, 2023 Order preliminarily approving the Settlement Agreement, and upon the accompanying memorandum of law and exhibits in support of this motion, Plaintiffs Tipsy Nail Club LLC, Salon Phoenix Cosmetology, LLC, Rapha Massage, LLC, Enlighten Massage Therapy LLC, The Facial Bar, LLC, Salon Goldyn, Inc., and Salon Hairroin, Inc. will move this Court, before the Honorable Jennifer H. Rearden, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York, 10007, on October 3, 2023 at 11:30 AM, for an Order granting final approval of the Settlement Agreement and final certification of the Settlement Class[1].

Respectfully Submitted,

Dated: October 11, 2023

**POLLOCK COHEN LLP**

By: */s/ Raphael Janove*
Raphael Janove
Adam Pollock
Max Rodriguez
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Rafi@PollockCohen.com
Adam@PollockCohen.com
Max@PollockCohen.com

---

[1] The Settlement Class consists of all persons or entities in the United States that ClassPass has listed on its website or mobile application ("app") from August 1, 2020 through the Preliminary Approval Date as part of the ClassPass Concierge program that are not ClassPass Partners. Excluded from the Settlement Class are Defendants, their parent companies, subsidiaries and affiliates, and federal governmental entities and instrumentalities of the federal government and any judicial officer presiding over the Action, and any member of his or her immediate family and judicial staff. Settlement Agreement ¶ 27. Unless otherwise stated, capitalized terms used herein have the same meaning as those capitalized terms in the Settlement Agreement.

**BONI, ZACK & SNYDER LLC**

Michael J. Boni (admitted *pro hac vice*)
Joshua D. Snyder (admitted *pro hac vice*)
Benjamin J. Eichel (admitted *pro hac vice*)
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200
mboni@bonizack.com
jsnyder@bonizack.com
beichel@bonizack.com

*Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all the attorneys of record.

                                                  /s/ Raphael Janove
                                                  Raphael Janove