UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIPSY NAIL CLUB LLC, SALON PHOENIX COSMETOLOGY, LLC, RAPHA MASSAGE, LLC, ENLIGHTEN MASSAGE THERAPY LLC, THE FACIAL BAR, LLC, SALON GOLDYN, INC, and SALON HAIRROIN, INC., on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>CLASSPASS INC., CLASSPASS, LLC, FRITZ LANMAN, and PAYAL KADAKIA,<br><br>          Defendants. | No. 21 Civ. 8662 (JHR) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

WHEREAS, the Court has granted final approval to Plaintiffs' Revised Settlement Agreement with Defendants ClassPass Inc., ClassPass, LLC, Fritz Lanman, and Payal Kadakia dated June 23, 2023; and

WHEREAS, Plaintiffs filed a Motion for Attorney Fees and Service Awards (the "Motion");

IT IS HEREBY ORDERED:

1. The Motion is GRANTED with respect to Plaintiffs' application for attorneys fees and reimbursement of litigation expenses, *see* ECF No. 107 at 5-13. Plaintiffs' application for service awards, *see id.* at 13-14, is addressed by separate order.

2. Boni, Zack & Snyder LLC and Pollock Cohen LLP (Co-Lead Counsel) are hereby awarded 33.33% of the Settlement Fund, which equals $631,042.

3. Co-Lead Counsel are hereby awarded litigation expenses in the amount of $45,648.69.

The Clerk of Court is directed to terminate ECF No. 106.

**SO ORDERED.**

DATED:  October 27, 2023             BY THE COURT:
          New York, NY

*[signature]*
Hon. Jennifer H. Rearden
United States District Judge