**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TIPSY NAIL CLUB LLC, SALON PHOENIX COSMETOLOGY, LLC, RAPHA MASSAGE, LLC, ENLIGHTEN MASSAGE THERAPY LLC, THE FACIAL BAR, LLC, SALON GOLDYN, INC, and SALON HAIRROIN, INC., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br><br>                                        v.<br><br>CLASSPASS INC., CLASSPASS, LLC, FRITZ LANMAN, and PAYAL KADAKIA,<br><br>                                        Defendants. | No. 21 Civ. 8662 (JHR) |

**GRANTING IN PART**

**[PROPOSED]** **ORDER** ~~GRANTING~~ **PLAINTIFFS' MOTION FOR SERVICE AWARDS**

WHEREAS, the Court has granted final approval to Plaintiffs' Revised Settlement

Agreement with Defendants ClassPass Inc., ClassPass, LLC, Fritz Lanman, and Payal Kadakia

dated June 23, 2023; and

WHEREAS, Plaintiffs filed a Motion for Attorney Fees and Service Awards

(the "Motion");

IT IS HEREBY ORDERED:

**GRANTED IN PART**

1.     The Motion is ~~GRANTED.~~ with respect to Plaintiffs' application for service awards, *see* ECF No. 107 at 13-14.

2.     ~~At the request and suggestion of Co-Lead Counsel,~~ Plaintiffs Salon Phoenix

Cosmetology, LLC, Rapha Massage, LLC, Enlighten Massage Therapy LLC, The Facial Bar,

LLC, Salon Goldyn, Inc., and Salon Hairroin, Inc. are each awarded a service award in the amount

$2,500                                                                                              $5,000

of ~~$5,000~~, and Plaintiff Tipsy Nail Club LLC shall receive ~~an additional $10,000~~ for its efforts

beyond those of the other named plaintiffs. These amounts are to compensate the named plaintiffs for their time and efforts in leading this case for the benefit of all members of the Class and are in addition to any distributions as part of the Settlement Fund to which the named plaintiffs may be entitled.

**SO ORDERED.**

**DATED:**  October 27, 2023
New York, NY

BY THE COURT:

Hon. Jennifer H. Rearden
United States District Judge